■ CAROL A. NIZNIK, Formerly Known as CAROL A. WALTER, Appellant, v CHRISTINE GALAS et al., Respondents. [617 NYS2d 661] —Motion for extension of time to perfect appeal denied. Memorandum: Because no appeal was taken from the

judgment of foreclosure, the appeal is moot. Present—Pine, J. P., Balio, Lawton, Davis and Boehm, JJ.